174 A.3d 516

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SCHYLER A. MAY A/K/A SCHYLER ANTHONY
MAY, DEFENDANT–PETITIONER.

C–151 September Term 2017
079289

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000692–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 516

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RONALD BURNS, DEFENDANT–PETITIONER.

C–188 September Term 2017
079292

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000446–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.